IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LORENA BACEROTT,<br>Plaintiff,<br><br>v.<br><br>VILLAGE OF BOLINGBROOK, et al.,<br>Defendants. | No. 12-cv-3433<br><br>Judge Manish S. Shah |

## PLAINTIFF'S MOTION TO WITHDRAW COUNSEL

Now comes Plaintiff, Lorena Bacerott, by and through her attorneys, and moves this Court to grant all Plaintiff's attorneys of record leave to withdraw from this matter, as follows:

1. Following the trial in this matter, Plaintiff Ms. Bacerott has expressed an interest in retaining other counsel for possible post trial motions and/or appeal.

2. Plaintiff has been advised of her rights and deadlines for post-trial motion and/or appeal both verbally and in writing.

4. Plaintiff has been given notice of this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court, grant Plaintiff's Attorneys, Christopher R. Smith, Anna Szymczak, Emily J. Stine, James Baranyk and Amanda Yarusso leave to withdraw from this matter.

                                               RESPECTFULLY SUBMITTED,

                                               /s/Christopher R. Smith
                                                Attorney for Plaintiffs

Christopher R. Smith
1 N. LaSalle, Suite 3040
Chicago, Illinois 60602
312.432.0400